United States Courts
Southern District of Texas
FILED
June 02, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § CRIMINAL NO. 18-cr-693S |
| | § |
| RASIEL RAFAEL GUTIERREZ MORENO, and | § |
| HENDRY JORDANK JIMENEZ MILANES, | § |
| Defendants. | § |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Sex Trafficking – Victim #2)

On or about August of 2015, through on or about November of 2018, in the Southern District of Texas and elsewhere,

**RASIEL RAFAEL GUTIERREZ MORENO,**

defendant herein, in and affecting interstate and foreign commerce, aiding and abetting each other and others known and unknown to the grand jury, attempted to and did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely Victim #2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim #2 to engage in a commercial sex act.

**In violation of Title 18, United States Code, Sections 1591(a), 1591(b)(1).**

## COUNT TWO
### (Sex Trafficking – Victim #1)

On or about April of 2018, through on or about November of 2018, in the Southern District of Texas and elsewhere,

**RASIEL RAFAEL GUTIERREZ MORENO,**

defendant herein, in and affecting interstate and foreign commerce, aiding and abetting each other and others known and unknown to the grand jury, attempted to and did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely Victim #1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim #1 to engage in a commercial sex act.

**In violation of Title 18, United States Code, Sections 1591(a), 1591(b)(1).**

## COUNT THREE
### (Coercion and Enticement – Victim # 3)

On or about June 2015, in the Southern District of Texas and elsewhere,

**HENDRY JORDANK JIMENEZ MILANES,**

defendant herein, did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice and coerce an adult female, Victim #3, to travel in interstate and foreign commerce, specifically from the Republic of Cuba to Houston, Texas, with the intent that Victim #3 engage in prostitution and attempted to do so.

**In violation of Title 18, United States Code, Sections 18 U.S.C. § 2422(a).**

## COUNT FOUR
### (Coercion and Enticement – Victim # 2)

On or about August of 2015, in the Southern District of Texas and elsewhere,

**RASIEL RAFAEL GUTIERREZ MORENO,**

defendant herein, did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice and coerce an adult female, Victim #2, to travel in interstate and foreign commerce, specifically from the Republic of Cuba to Houston, Texas, with the intent that Victim #2 engage in prostitution and attempted to do so.

**In violation of Title 18, United States Code, Sections 18 U.S.C. § 2422(a).**

## COUNT FIVE
### (Coercion and Enticement – Victim # 6)

On or about December of 2016, in the Southern District of Texas and elsewhere,

**RASIEL RAFAEL GUTIERREZ MORENO,**

defendant herein, did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice and coerce an adult female, Victim #6, to travel in interstate and foreign commerce, specifically from the Republic of Cuba to Houston, Texas, with the intent that Victim #6 engage in prostitution and attempted to do so.

**In violation of Title 18, United States Code, Sections 18 U.S.C. § 2422(a).**

## COUNT SIX
### (Coercion and Enticement – Victim # 1)

On or about April of 2018, in the Southern District of Texas and elsewhere,

**RASIEL RAFAEL GUTIERREZ MORENO,**

defendant herein, did knowingly persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice and coerce an adult female, Victim #1, to travel in interstate and foreign commerce, specifically from the Republic of Cuba to Houston, Texas, with the intent that Victim #1 engage in prostitution and attempted to do so.

**In violation of Title 18, United States Code, Sections 18 U.S.C. § 2422(a).**

## COUNT SEVEN

**(Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises)**

On or about June of 2015 through on or about November of 2018, in the Southern District of Texas and elsewhere,

**RASIEL RAFAEL GUTIERREZ MORENO and**

defendant herein, did knowingly travel in interstate or foreign commerce, and use, and cause to be used, a facility in interstate or foreign commerce, that is, the transportation of persons in interstate or foreign commerce, the use of cellular telephones, interstate highways, and international border crossing facilities, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, a business enterprise involving prostitution offenses in violation of the laws of Texas, and thereafter, did perform, and attempt to perform, an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful activity.

**In violation of Title 18, United States Code, Sections 1952(a)(3)(A).**

## NOTICE OF FORFEITURE
### (18 U.S.C. § 1594(d))

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to defendant,

**RASIEL RAFAEL GUTIERREZ MORENO,**

that in the event of conviction of the offenses charged in Counts One and Two of this Indictment, the following property is subject to forfeiture:

(1) all real and personal property that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation and all property traceable to such property; and

(2) all real and personal property constituting or derived from, proceeds obtained, directly or indirectly, as a result of such violation and all property traceable to such property.

### Property Subject to Forfeiture

The property subject to forfeiture includes, but is not limited to, $2,740.00 in United States currency seized on or about November 1, 2018 from Milena del Carmen Hernandez Ortega's and Rasiel Rafael Gutierrez Moreno's shared residence.

### Money Judgment

Defendants are notified that in the event of conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture, which is estimated to be at least $18,000 in United States currency.

### Substitute Assets

Defendants are notified in the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants

up to the total value of the property subject to forfeiture.

                                                                                    A True Bill:

                                                                              **Original Signature on File**
                                                                              Grand Jury Foreperson

JENNIFER LOWERY
Acting United States Attorney

By:   /s/ Sherri L. Zack
       Sherri L. Zack
       Assistant United States Attorney
       713-567-9374

PAM S. KARLAN
Principal Deputy Assistant Attorney General

By:    Kate Hill
        Trial Attorney